UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-06846 JAK (ADS)                                    Date: September 25, 2019

Title:  G Memo Vera v. Christian Pfiffer, et al.

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REGARDING FAILURE TO PAY FEES OR FILE IFP REQUEST**

On August 7, 2019, Plaintiff G Memo Vera, an inmate at California State Prison, Corcoran, filed a Civil Rights Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. Plaintiff has neither paid the mandatory $400.00 filing fees nor filed a request to proceed without prepayment of filing fees ("IFP Request"). See [Dkt. No. 2]. To proceed with his Complaint, Plaintiff is required to either pay the filing fees or submit an IFP Request that establishes Plaintiff is entitled to IFP status. See 28 U.S.C. § 1915; L.R. 5-2.

Accordingly, if Plaintiff wishes to proceed with this lawsuit, he must either (1) pay the full $400.00 filing fees, (2) file an IFP Request along with the necessary accompanying documents, an authorization for disbursement of funds and a certified copy of his prison trust fund account statement, or (3) show cause why he is unable to do so **by no later than October 25, 2019.**

**Plaintiff is expressly warned that failure to file a timely response that fully complies with this Order may result in denial of IFP Request and/or dismissal of this action without prejudice.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-06846 JAK (ADS)                                              Date: September 25, 2019

Title:  G Memo Vera v. Christian Pfiffer, et al.

      The Clerk is directed to mail Plaintiff a blank copy of the District's Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P) form for Plaintiff to use to file the IFP Request.

      **IT IS SO ORDERED.**

      Initials of Clerk kh