UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-06846 JAK (ADS)                                        Date:  July 29, 2020

Title:  *G Memo Vera v. Christian Pfiffer, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**

On March 26, 2020, the Court dismissed Plaintiff G. Memo Vera's ("Plaintiff") First Amended Complaint with leave to amend and granted Plaintiff leave to file a Second Amended Complaint by no later than April 27, 2020.  [Dkt. No. 28].  Plaintiff was granted sixty (60) days of additional time to file a Second Amended Complaint. [Dkt. No. 31].  The Order Dismissing with Leave to Amend was issued more than four months ago.  As of the date of this order, the Court has not received a Second Amended Complaint or response to the Order Dismissing with Leave to Amend from Plaintiff.

As such, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and obey court orders.  Plaintiff must file a written response by no later than **August 12, 2020**.  Plaintiff may respond to this Order to Show Cause by <u>(a) filing a legible Second Amended Complaint that cures the defects identified in the March 26, 2020 Order Dismissing with Leave to Amend; (b) filing a statement with the Court indicating the desire to continue to move forward with the First Amended Complaint despite the weaknesses noted by the Court in the March 26, 2020 Order Dismissing with Leave to Amend; or (c) filing a statement with the Court indicating the desire to dismiss the entire complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-06846 JAK (ADS)            Date:  July 29, 2020

Title:  *G Memo Vera v. Christian Pfiffer, et al.*

    Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause will result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh