UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. MEMO VERA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>C. PFIFFER, et al.,<br><br>　　　　　　　　Defendant. | Case No. 2:19-06846 JAK (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Civil Rights Complaint, (Dkt. No. 52), Defendants' Motion to Dismiss Second Amended Complaint, (Dkt. No. 107), Plaintiff's Opposition to Defendants['] Motion to Dismiss Complaint and Motion for Judicial Notice, (Dkt. Nos. 117, 118), and the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 129).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge is accepted, (Dkt. No. 129);

2. Defendants' Motion to Dismiss is granted, (Dkt. No. 107);

3. Judgment is to be entered accordingly; and

4. Any pending motions are terminated, (Dkt. No. 126).

DATED: September 14, 2022

_____
JOHN A. KRONSTADT
United States District Judge