JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. MEMO VERA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>C. PFIFFER, et al.,<br><br>　　　　　　Defendants. | Case No. 2:19-06846 JAK (ADS)<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED:　September 14, 2022　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge